# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GILDA YAZZIE,**<br>PO Box 277<br>Lukachikai, AZ 86507<br><br>      **Plaintiff,**<br><br>  v.<br><br>**NATIONAL ORGANIZATION FOR WOMEN,**<br>1100 H St, NW, Suite 300<br>Washington, DC 20005<br><br>**TONI VAN PELT,** In her individual capacity, Residential address unknown<br><br>**CYNTHIA DRABEK**, In her individual capacity, Residential address unknown<br><br>**BETH CORBIN,** In her individual capacity, Residential address unknown<br><br>      **Defendants.** | Case No. 1:19-cv-3845 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and for the sole purpose of removing this matter to the United States District Court for the District of Columbia, Defendant National Organization for Women, Inc. ("Defendant" or "NOW"), states as follows:

## STATE COURT ACTION

1. On or around October 27, 2019, Plaintiff Gilda Yazzie ("Plaintiff") filed this action against Defendant in the Superior Court for the District of Columbia, Case No. 2019 CA 007092 B.

2. On December 11, 2019, NOW acknowledged receipt of service of the Summons and Complaint. Pursuant to 28 U.S.C. § 1446(a), copies of the Summons and Complaint served upon Defendant in the state court action are attached to this Notice of Removal.

3. The Complaint also names Toni Van Pelt, Cynthia Drabek[1], and Beth Corbin as Defendants. Ms. Van Pelt, Ms. Drabek and Ms. Corbin have been served with the Complaint, and they consent to NOW's removal of the Complaint to Federal Court.

4. Pursuant to 28 U.S.C. § 1446(a), the D.C. Superior Court Action, which was commenced in the Superior Court of the District of Columbia, may be removed to the United States District Court for the District of Columbia because this Court is the federal district court which includes the District of Columbia within its jurisdiction.

## FEDERAL QUESTION JURISDICTION

5. This Court has original jurisdiction over the matter because Plaintiff's Complaint asserts putative claims of discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964 ("Title VII") and 42 U.S.C. § 1981 against Defendant. Specifically, Counts I-VI of the Complaint state claims that arise under Title VII or §1981 and, therefore, the claims arise under the "Constitution, laws, or treaties of the United States" as required under 28 U.S.C. § 1331. This Court also has supplemental jurisdiction over Plaintiff's remaining claims pursuant to 28 U.S.C. §§ 1367(a) and 1441(c)

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

6. Removal of this action is timely as Defendant filed this Notice of Removal within thirty (30) days of the date on which Defendant was served. *See* 28 U.S.C. § 1446.

---

[1] Ms. Drabek was incorrectly named as "Cynthia Draebek" in the action filed in the Superior Court for the District of Columbia. NOW requests that the caption correctly state, "Cynthia Drabek."

7. Washington, D.C. is situated in the District of Columbia and, pursuant to 28 U.S.C. § 1441(a), this Court is the appropriate forum to entertain this Notice of Removal.

8. A copy of this Notice of Removal is being filed with the Clerk of the District of Columbia Superior Court, and a copy is being served on Plaintiff as required by 28 U.S.C. § 1446(d). A copy of the Notice of Filing of Notice of Removal is filed herewith.

9. A copy of the Notice to Plaintiff of Filing of Notice of Removal, which was served on Plaintiff in accordance with 28 U.S.C. § 1446(a) is attached.

10. The required filing fee and an executed civil cover sheet accompany this Notice.

### RELIEF REQUESTED

12. For the foregoing reasons, Defendant requests that the United States District Court for the District of Columbia, assume jurisdiction over the above-captioned action and issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial of this action.

Dated: December 30, 2019

*/s/ Ethan D. Balsam*
Ethan D. Balsam (DC Bar No. 975239)
LITTLER MENDELSON, P.C.
815 Connecticut Avenue, NW
Suite 400
Washington, DC  20006-4046
202.842.3400 Telephone
202.842.0011 Facsimile
EBalsam@littler.com

*Counsel for Defendants*
*National Organization for Women, Toni Van Pelt, Cynthia Drabek and Beth Corbin*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 30, 2019, a copy of the foregoing Notice of Removal of Action was served by first class mail, postage prepaid, upon the following:

>Angela Alioto
>Law Office of Joseph L. Alioto
>& Angela Alioto
>700 Montgomery St
>San Francisco, CA 94111
>
>*Counsel for Plaintiff*

I further certify that, pursuant to 28 U.S.C. § 1446(d), on December 30, 2019, a copy of the foregoing Notice of Removal was served via Case FileXpress upon the following:

>James D. McGinley
>Clerk of the Court
>Superior Court of the District of Columbia
>500 Indiana Avenue, N.W.
>Washington, DC  20001

>*/s/ Ethan D. Balsam*
>Ethan D. Balsam