# UNITED STATES  DISTRICT COURT
# DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| GILDA YAZZIE,<br>      Plaintiff, | ) ) ) ) ) | |
| vs. | ) ) ) | |
| NATIONAL ORGANIZATION FOR<br>WOMEN, Et al<br>      Defendants. | ) ) ) ) ) ) | CASE NO.  19-cv-03845-RDM |

## PLAINTIFF'S APPENDIX OF DECLARATIONS
## IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Attached hereto are the following declarations and accompanying exhibits

submitted in opposition to the Defendants' Motion for Summary Judgment:

1.      Declaration of Gilda Yazzie (Exhibit 1);

2.      Declaration of Emily Imhoff (Exhibit 2); and

3.      Declaration of Cheryl Wapes'a-Mayes (Exhibit 3).

*/s/Steven L. Robinson*
Steven L. Robinson, Cal Bar No. 116146
In Pro Hac Vice
**LAW OFFICES OF JOSEPH L.**
**ALIOTO & ANGELA ALIOTO**
700 Montgomery Street
San Francisco, CA  94111
Telephone: (415) 434-8700
Facsimile: (415) 438-4638
srobinson@aliotolawoffice.com

**<u>EXHIBIT 1</u>**

DECLARATION OF GILDA YAZZIE

I Gilda Yazzie declare as follows:

1. I have been a feminist leader at the National Organization for Women (NOW) for over twenty years, and am a NOW lifetime member. I have served on the National Board of Directors (BOD) of NOW for 6 terms.   When I have not been on the BOD, I have served as Chapter president, regional director, or on various national working committees. Committee appointments include: budget member and budget chair, rules chairs (3 national conferences), resolution committee for national conference, structure and process committee for the revision of National bylaws (the first time in decades).  For the Women of Color and Allies Summit 2004-5, (WOCA), I served as committee member and facilitator of the workshop.  As a committee member I had the opportunities to network with other national progressive groups for the benefit of NOW.  As a facilitator of workshops, I was able to lead discussion topics and meet and greet convention attendees.  Overall, I have traveled to meetings, conferences, meet and greets, rally's, abortion clinic protections, and advocated for equality at every juncture for NOW. In June of 2017 I was elected Vice President.

2. When I arrived at the election conference in June 2017, I saw for the first time the election materials (handouts, t-shirts, flyers, posters). At no time was I consulted or given editorial powers of any of this material. I was referred to as 100% Navajo which felt hurtful because blood quantum counting is racist and I find it offensive. I prefer to be referred to as Dine. I did not print any flyers or bring anything to distribute to the conference.

1

3. During NOW Presidential campaign in 2017 in Florida, I campaigned several times with Toni Van Pelt. Each time I was with her, she seemed friendly although whenever she introduced me she referred to me as "100% Navajo" or Native American. Directly after the election, Toni Van Pelt no longer treated me with a friendly demeanor. Her interactions were unsmiling and minimal. There was no argument or even conversation between myself and Toni Van Pelt, she simply refused to communicate or communicated in minimal ways.

4. When I arrived in Washington D.C. to start my work as Vice President, Toni Van Pelt and I were both in attendance. For the first two weeks of work, the outgoing President and Vice President were to train the incoming President and Vice President. At that training, I understand thatToni Van Pelt was trained to do the CFO and financial reporting work. I was never trained in the CFO or financial accounting work, but rather the duties of the Vice President such as staff management and chapter relations.

5. During the training time and the weeks after, Toni Van Pelt refused to speak or meet with me privately. She said she agreed with my suggestion to having a staff meeting in the first weeks of work, but then abruptly left Washington D.C. to go to Florida for about a month. I was left alone to lead the office. Toni Van Pelt refused to include me in email, in person or other meetings related to operating the organization or any other purpose.

2

I did my best to continue the office practices and manage the staff to the best of my ability.

6. Based upon my training by outgoing Vice President Bonnie Grabenhofer and my observations from being on the NOW Board of Directors and the Board's Budget Committee, NOW President Toni Van Pelt as President/CFO was required to provide me, in my role as Treasurer, with monthly financial reports to enable me to perform my job as Vice President. This was never done.  I was never given access to NOW's financial software or permitted to log into it at any time, so I was unable to view this data.  I was not involved in any communications with NOW's accounting firm until I received a questionnaire from them in which I reported to them that I had no information about the accountings.

7. The double reimbursement for the $465 airline ticket was a simple error. I submitted a request for reimbursement without knowing Emily Imhoff, had submitted the request on my behalf.

8. I did not use the NOW credit card to pay my personal rent, but only for the security deposit for a place to live in D.C. as what I believed to be a part of the $5000 moving allocation given to officers moving from their home states to the national office.  The use of the NOW credit card for the security deposit to my apartment of $ 500 is permissible as a "moving expense" and within the $ 5,000 allowance for moving

expenses allowed to incoming officers. The NOW credit card had been given to me by

Toni Van Pelt before she left for an extended leave.

9.  I only signed expense reports or petty cash checks when Ms. Van Pelt was not in D.C..

the $1,381.58 I am accused of misappropriating included two double accounting errors

and the mistaken assessment of error for the $500 credit card security deposit

consistent with officer moving expenses. All errors were immediately corrected and no

nefarious or intentional misconduct was identified. I would never intentionally submit

twice for a reimbursement, and my history of having every attempt at a moving expense

reimbursement denied educated me in the exceptionally critical way any such

submission would be reviewed.

10. Out of the $5000 I was to be given for moving expenses, I was never given even one

cent. Not only did Toni Van Pelt refuse to reimburse me for moving expenses, my

attempts to get reimbursement for moving costs were later referred to by Cynthia

Draebek and others as "credit card fraud," and reported by the auditor as internal

control problems.

11. I did not authorize an advance of $2,600 or any amount to the Senior Accounting

Associate. That advance was made during Terry O'Neil's administration and at no time

was I instructed to do anything related to that advance.  I did not even know it existed

until the audit brought up the topic. Because I never had access to the accounting

software or reports, I had no way of even knowing about it

4

12. From the beginning of my employment with NOW, President Van Pelt had full access on the NOW local area network (LAN) to all passwords and all other programs on the NOW local area network. I was only given "staff level access" even though I was an officer of the organization.  I was never given access to all the passwords.

13.  On the morning of January 29, 2018, I was meeting with Linda Berg in her office. at 11:20 a.m., Toni Van Pelt interrupted the meeting and started yelling at me. I was intimidated by her yelling and immediately retreated to my office, but was pursued by Toni Van Pelt. When I got to my office, Toni Van Pelt went in after me and backed me into a corner behind my desk using her body. From the expressions on her face and her tone of voice, Toni looked angry. She was yelling: "You won't be here for three years!" "I am the president, so you have to do what I say!" "You don't understand" and "You "P.O.C." Toni Van Pelt cornered me in my office, she threw papers, grabbed my arm and bumped (body slammed) me. Toni Van Pelt is much taller than me, I was frightened. I was able to get out of my office and returned to Linda Berg's office. Ms. Berg accompanied me back to my office, while Toni Van Pelt backed off.  Ms. Van Pelt said "P.O.C" phonetically, in a hostile manner as if it were a slur and a way to indicate that people of color were somehow a different set of individuals.

14. I have heard the term P.O.C. used in NOW before and it means "People of Color," but not as "You P.O.C.'s" as Toni Van Pelt would utter when complaining to me or the staff.

I have never heard it used in a hostile manner before Toni Van Pelt. The way Van Pelt

used it, it seemed like a racial epithet and a way to indicate a separate class of people.

15. Attached as Exhibit A is a true and correct copy of a test message on January 29, 2018 I

sent to NOW Staff members regarding the confrontation I had with Ms. Van Pelt.

16. Attached as Exhibit  B is a true and correct copy of a message I sent to NOW Staff and

Board members regarding the confrontation I had with Ms. Van Pelt on January 29,

2018.

17. After January 29, 2018, I worked remotely from the NOW office to avoid further

confrontation with Ms. Van Pelt.

18. On February 5, 2018, I sought assistance from the National Advisory Committee, which

at the time consisted of former NOW Vice President Bonnie Grabenhofer, former U.S.

Sentator, Carol Robles-Roman Carol Mosely Braun, attorney Carol Robles Roman and

former NOW President Eleanor Smeal. I sent them a letter, via email, which I wrote -

among other things - "[O]n January 29, I realized communication with Toni Van Pelt is

impossible. My realization came upon the escalation from verbal abuse to the physical

stocking "stalking"[sic] of me in the office." Attached as Exhibit C is a true and correct

copy of that communication.

19. My intent in writing Exhibits A, B and C to advise the Board of Directors, NOW advisors

and staff that Toni Van Pelt's confrontation with me had created a hostile work

environment for me and that I felt unsafe.

20. On March 23, 2018, I was meeting NOW staffer Rachel Motley to discuss a payroll software, Paychex, related matter, something that was within my job description as I was a point of contact for Paychex. We were five minutes into their conversation when Ms. Van Pelt burst through the door without knocking and immediately raising her voice to demand to know the nature of the conversation. After replying to Van Pelt that we were discussing a Paychex related matter, I left. Some days later, my access to Paychex was revoked.

21. In May 2018, Lisa Siegel, an archivist who was inexperienced with business administration and new to the organization, was promoted from part time archivist to Chief of Staff. In that role, Siegel was, among other things, given the assignment of: onboarding new employees, managing employee benefits and training the new "Chapters Specialist." All of these duties, including the oversight of chapter and member relations, were, as provided by the bylaws and prior practice, my responsibility as Vice President.   To my knowledge, Ms. Siegel is not Native American.

22. On May 3, 2018, Toni Van Pelt, with the assistance of her writer William Klein and others, published a press release using and printing the racist term "Redskins" ignoring the long held practice among progressive organizations of refusing to use that term in print, at least without identifying it's racism. As a leader of the organization such a public statement brought me shame and embarrassment.  I was never consulted on this or any press release, treating me as a token leader rather than a leader in fact of the organization. I complained by email to the board list serve that I had not been consulted and reject this racist language against Native Americans.

23. Based upon the training I received as Vice President and on my prior experience on the BOD, as Vice President I believe I had the right to review all press releases issued in the organization's name before they were issued.  As indicated above, I was not consulted prior to the "Redskins" press release was issued.

24.  On May 18, 2018, I was told to attend a meeting with Toni Van Pelt, Tom Hart and others at 10:00 a.m. regarding my status with NOW. I asked to see the agenda for the meeting. I did not get the agenda until 10:30 p.m. the night before. When I came into the office on Monday, May 21 2018, I completed my initial tasks for the day. I was then ushered into a meeting with Toni Van Pelt, Beth Corbin, Linda Berg and Tom Hart present in person. Also present via the internet was Cindy Drabek. The entire meeting consisted of them, mostly Tom Hart, trying to persuade me to resign my office as Vice President of NOW. The grounds for the resignation were financial irregularities. Mr. Hart did most of the talking. The supposed financial irregularities had to do with the fact that the organization was months behind in providing a budget for the Board. Putting a budget together was not part of my job responsibility and I did not even have access to the organization's financial software. Looking back at it now, none of the financial "irregularities" upon which they based my firing on nearly a year later were even mentioned in the May 21, 2018, meeting. I was offered $ 40,000 if I resigned. I repeatedly said "I needed more time" to review the paperwork I had received the prior night and had not had time to review it. The meeting went on for three hours. When it became clear to the other people in the meeting that I was not going to sign anything that day, I was told that I would have two weeks to review the paperwork. I was then

escorted out of the office by Linda Berg. It was humiliating to have to be escorted out of

my workplace as if the office was not safe from my presence or a criminal.

25. Immediately after May 21, 2018, the locks to the National Action Center were changed

and I was not given a key. Also, immediately after May 21, 2018, I was locked out my

NOW e-mail account. After being escorted out of the office on May 21, 2018, I was not

allowed to return to the office until the Board of Directors met in June 2018.  Toni Van

Pelt used my email address vp@now.org to send out email to staff and board members

as if I was sending the email, as if I was telling them that I was voluntarily taking a

personal leave.

26. Subsequently, on June 1, 2018, I told Cindy Drabek I was not going to resign and was not

accepting the severance package. After so communicating with Ms. Drabek, I was still

denied access to the NOW headquarters and my NOW e-mail account. Until the NOW

Board met in June 2018, although I was paid I was unable to fully do my job as NOW

Vice President from the office.  I did attend meetings on the phone and research topics

as best as I could.

27. At the NOW Board Meeting of June 10, 2018, the NOW Board received statements by

more than 16 staff members regarding the racism, hostile environment and

incompetence of Van Pelt's management. The NOW Board rejected Van Pelt's motion to

remove me from the Vice President's position.

28. Following that meeting, I was given a key and allowed to return to the NOW Office. Toni

Van Pelt made assurances she would stop using my email account as if it was me.

29. At the Board Meeting of July 2018, the Board adapted a motion for me to work outside the national office and which empowered an "Oversight Committee" to supervise my work.  That Oversight Committee would ultimately consist of NOW Board Members Bear Atwood Christian Nunez and Nancy Campbell Mead   I was instructed that I was barred from the workplace, that I could not speak with the NOW staff and Board members.  I was prevented from participating remotely in staff meetings at the NOW headquarters for most of the meetings. The locks to the headquarters were again changed to deny me access to the building.  Although I was allowed to attend Board meetings, I was not allowed to speak with any of the staff when I was present.  In addition, I had to document my time and activities in a far more onerous fashion than I did when I was working in the office.  I had to submit written reports every other week, describing in detail not only what I had done and what I proposed to do.  I was required by the oversight committee to state the purpose for all my activities. I was never given any support staff nor was I given a budget to perform my duties n or was I given the assistance of NOW Office Staff.  The lack of a budget or access to support staff made it harder for me to do my job.  Had I remained in the NOW Office, I would have been able to utilize the assistance of office staff and equipment as I did before I was ordered to work in the field.  At least one time, Ms. Van Pelt refused to pay necessary travel expenses for me to accompany a Board member on work related trip to North Dakota.

30.  A Board Member, MonaLisa Wallace had proposed in the same Board Meeting that I

work in the field. My understanding of that proposal is that I would have been provided

a budget and administrative support.  In addition, what was proposed by Ms. Wallace

would not have been punitive in nature.  What the Board actually imposed on me

regarding "Work in the Field" bore little resemblance to what Ms. Wallace proposed.


31. From the beginning of her role Christian Nunes, one of the members of the Oversight

Board treated  me in a punitive role, always speaking to me in curse terms, forgoing

even the normal professional niceties such as "how are you" or "have a nice day."

Christian Nunes began her role by sternly instructing me that I was barred from the

workplace and that I could not speak with the NOW staff and Board members.  I would

reach out to the other oversight committee members, but they would refer most

communications through Christian Nunes.  When I asked Nunes when the budget would

be determined she said that I would have to pay for my own needs and that they would

later determine if I was worthy of reimbursement.  Christian Nunes refused all

reimbursements forcing me to pay for my costs and expenses in the field personally.

This was continued hostility facilitated by Christian Nunes.


32. Christian Nunes in her own words emailed me demanding that I redirect my field work

away from Native American women's issues and instead refocus on "all women's

issues."  Modern feminist theory relies on the fundamental concept of equality

belonging to all races equally; the issues of one race are not a subset of the issues of

feminism. This intersectionality is a fundamental aspect of the mission of the National

Organization for Women.

33. When I was elected to be Vice President of NOW, I was elected to be a political leader

and representative of feminism to the chapters, members and the public.  Every NOW

leader has relied heavily on staff for computer support and all of the important

administrative work such as database management, printing, design, editing, software

access and more.  I was denied all of this.  I was not permitted to have technical

support. I had to provide my own telephone, computers, wifi, printers, postage, etc.  I

was even refused pre-printed materials to distribute, or contact information for chapter

leaders.  I was hobbled from being as effective as I knew I was capable.  This caused me

tremendous emotional and psychological stress.  Throughout my work in the field, not

one penny was reimbursed of my many expenses of accomplishing the role of Vice

President of NOW.  Although I managed to do exceptional outreach, achieving radio and

other media coverage, build strategic organizational partnerships and build chapter

capacity, Christian Nunes continued to block my efforts.  When I was asked to speak at a

UN Panel discussion on equal rights, Christian Nunes told me that I would have to pay

for my travel, do it on my own personal time.

34. On November 11, 2018, I received an email from John Erickson, a newly seated member

of the NOW Board member. A true and correct copy of that email is attached hereto as Exhibit

D.. That email concerned a tweet made by Brittany Oliver, a recently discharged employee of

12

Defendant NOW. Ms. Oliver identifies as African American. The tweet concerned a negative interaction between Oliver and Ms. Van Pelt. Mr. Erickson's email pertained to the tweet and Ms, Van Pelt's response. At the time I received the email, I was still Vice President of NOW, although I was working in "the field." What Erickson sent me was actually a forward of an email that had been sent to Now-Board@now.org, which is the list serv for the NOW Board. Since I had been placed "in the field," I had been removed from that list-serv. The contents of the email forwarded to me by Mr. Erickson were not only concerning to me but also offensive to the mission of the organization to end racism.

35.     On November 13, 2018, I responded to the concerns stated in Mr. Erickson's email of November 11, 2018, in an email to Nancy Campbell Mead, of the Vice President Oversight Committee. I sent the email to her because, as stated as stated in the second sentence of the email, I appeared blocked from the listserv communicating with of the members of the NOW Board. Attached as Exhibit E is a true and correct copy of that email. What I wrote in that email was true and correct of my knowledge or belief at that time. The purpose of the email was to object to mistreatment of two women of color by NOW President Van Pelt, Sparkle Barrett and Brittany Oliver. As I wrote "[a]llowing these two innocent women of color feminists to have their careers undermined or even ruined by being fired under false pretext for racism would make this board complicit." My purpose in writing that sentence was to oppose unlawful racial discrimination as was my duty in my role both as Vice President and board member.

36.     After the November 13, 2019 email I sent regarding Brittany Oliver, access to my NOW email account was suspended. I could not send or receive emails from that account

nor access the emails stored there. Attached as Exhibit F is an email dated November 19,

2018, describing that fact.

37.     On November 13, 2018, I received an email from Nancy Campbell Mead, of the

Board Oversight Committee stating she would forward the email I sent to her on  that same

day, regarding Sparkle Barrett and Brittany Oliver to the entire NOW Board. A true and

correct copy of the email from Ms. Mead is attached hereto as Exhibit G.

38. Forbidden to communicate, refused any support or funding and hobbled in every

    conceivable way from doing my job, Christian Nunes,  specifically,  made constant

    demands for me to report to her everything I did.  Above each report I repeated my

    request for access to the financials of the organization as I am mandated to receive from

    the CFO, Toni Van Pelt and to report to the board as Treasurer.  The requests were

    always refused, The pressure and stress of working under  punitive oversight, chastised

    for focusing too much on Native American women's issues and blocked from the basic

    needs of doing work, I felt gaslighted.  The constant demands to do and report more to

    her without speaking to any staff, accessing phone number and email lists, made me

    feel like the oversight committee was framing me to be incompetent instead of

    supporting me as she was supposed to be doing.

39.     On January 2, 2019, Ms. Van Pelt announced in a staff meeting that I was

    to immediately cease publicly representing NOW on the issue of the Equal

    Rights Amendment and would have to cancel an upcoming United Nation's

    panel talk invitation.  Without explanation, Ms. Van Pelt told me I could no

    longer speak on behalf of NOW without her direct prior approval. Before that

staff meeting, I had been submitting weekly reports for months which included various radio and panel discussions on the subject of the Equal Rights Amendment.

40.     Upon the insistence of my doctors, I went on medical leave from January 16, 2019 to February 27, 2019. Insomnia, headaches, general anxiety, depression, shame and distrustful – the despair at the hypocrisy for a feminist and antiracist organization to be so abusive and discriminatory was heartbreaking. People who I cherished and respected were being told I was an embezzler, thief and incompetent fraudster. NOW had been a major part of my identity, social life and work life for decades.  I had lost myself along with what I believed was a feminist community.


41.     When I returned to work, I returned resigned that I would just continue to do my job because I was elected to do that job by the membership and that my very presence was an accomplishment.  I attended radio interviews and various feminist events speaking for the need for the Equal Rights Amendment to achieve equality in the United States.  The ERA is a long standing goal of NOW. When Christian Nunes tried to stop me from speaking for equality by forcing me to take personal days, and demanding I begin all public communications announcing I spoke only for myself and not the organization, I self-financed that work because I knew it was important work to do.

42.     By May 5th, 2019, a new board that had been fed information from a punitive oversight committee and by Toni Van Pelt was finally voted for my removal.

15

43.     For the first consecutive weeks of my employment for NOW beginning in July of 2017, when I began work as Vice President of NOW and in my management capacity over payroll for NOW (before it was revoked), I recall the following staff members who were paid regularly wages or salaries.  This is based upon my personal observation and as informed by my access to the Paychex software system.

**Emily Imhoff, Coordinator of the President's Office.** Attends weekly staff **meetings.** Her duties**;** was primarily responsible for supporting the functions of the office of the President of NOW. This position requires excellent time management skills, attention to detail, and the ability to communicate effectively across different mediums. Primary functions: manage president schedule, travel logistics, collaborate communications team, PR & digital consultants, manage board relations & internship program, support executive event planning, and management for NOW's annual conference, and other duties as required. Taxes were withheld.

**Vicki Linton, Membership & Development Specialist**. Attends weekly staff meetings. Her duties include; she was responsible for personalized customer service for members, donors, and others through phone and email communication about membership status and donations.  She processed incoming memberships, bequests, corporate matching gifts, including credit card charges, and other contributions for membership. Regularly, update membership and donor database and maintain integrity of the membership. Taxes were withheld.

**Chioke Barkari,  Assistant Director of Development**. Attends weekly staff meetings. Responsibilities/duties: Manage NOW's integrated multi-channel direct marketing program and bequest. Maintain good vendor relationships, sponsorship & donor outreach.  Taxes were withheld.

 **M.E. Ficarra.  Communications Assistant/Press Coordinator.** Attends weekly staff meetings. Responsible for overseeing all press coverage/media outreach, writing copy for the Salsa email program, and creating content for NOW.org. Receive and log all incoming request from the media, create media advisories for events. Taxes were with held

 **Rachel Motley National Action Program Fellow 2, Policy and Lobbying Specialist.** Attends weekly staff meetings. She creates responsive action content for the Five National Action Programs (NAP). Determines NAP policy priority areas. She facilitates the rollout to chapters, and leaders. Assist in making these policies known to the membership. Taxes were withheld.

**Elissa Blattman Chapter Services Specialist.** Attends weekly staff meetings.  Provides service to the state and local chapters concerning deconvening and convening chapters, recording information in database concerning said, recording chapter annual reports, assisting state and local leaders with rebates criteria. Writes FYI Now. Taxes were withheld.

**Sparkle Barrett Senior Accounting Associate.**  Attends weekly staff meeting. Responsibilities; cash management, update cash available in bank accounts, checks, accounts payables, print out monthly reports, enter rebates into MIP. Print and mail checks. Back up documentation when needed. Produce monthly financial statements. Taxes were withheld.

**Rui Mulligan, Digital Media Associate**.  Attends weekly staff meetings.  Responsible for overseeing updated content for NOW, org, website content, and improvements copy for the Salsa email program.  She helps create online petitions and surveys, and needed digital media work as needed. Taxes were withheld.

**Paul Wommack,  Network Administrator (Tech**) Attends weekly staff meetings Responsibilities; Maintain workstations includes install software, resolve monitors, keyboard, and mouse issues. Maintain the laptop in conference room. Sever, WiFi routers, and Local Area Network (LAN). Back up data weekly, work with outside vendors on network cabling. Assist with GoToMeetings, rolling out plan for new upgrades. Printer and phone support.  Taxes were withheld, and paid vacation given.

**Linda Berg Political Director.** Attends weekly board meeting.   Responsibilities; Political Action Committee (PAC), Candidate research, analysis, and meeting.  Liaison between PAC members, and action center. Coordinate endorsement process including endorsement request, candidate interview, recommendations to PAC. FEC reporting as needed.  Taxes were withheld.

**Jan Erickson Government Relations Director**   Attends weekly board meetings.  Her responsibilities were; informs the board on recent news, action and legislation related to NOW's core issues, healthcare, reproductive justice, and constitutional equality. Summarizes key movements in legislation and government, then reports to NOW.  Taxes withheld.

**Joya Taft-Dick National Action Program Manager**.  Attends weekly board.  She was in charge and managed the expanded National Action Program which included five campaigns; 1. End the Criminalization of Trauma; 2. Ratify the Equal Rights Campaigns; 3. Mobilize for Reproductive Justice.  4. Advance Voting Rights; and 5. Protect Immigrant Rights. These campaigns encompass NOW's key issues. She had administrative duties over these of core issues.  Taxes were withheld.

**Angela Abadir National Action Program Advocacy and Civic Engagement Specialist**. Attends weekly board meetings.  She assists with the National Action Program by coalition work with various group such as; the Transformative Justice Coalition and the Voting Rights Alliance, and other groups as needed.  Meeting with allies on all aspects of NOW's core issues, explaining about NOW.  Taxes withheld.

**Tyler Goodridge, National Action Program Associate.**  Attends weekly board meetings. She facilitates the collection of social media and digital engagement content for The National Action Program. Participates in local conferences, events, and protest marches, and documents the action for national NOW. As needed her social media skill set is utilized. Taxes withheld.

**Doris Steppe Membership Systems Director**. Data base and membership coordinator

**Terry O'Neill, President.**  Attends weekly staff meetings. She is the Chief Executive Officer and Chief Financial Officer and President of the board.  Elected to co-lead with the Vice President Bonnie Grabenhofer, reporting to the Board of Directors. Taxes withheld.

**Bonnie Grabenhofer, Vice President**.  Attends weekly staff meetings. Elected to co-lead with the president, Terry O'Neill.  Bonnie Grabenhofer as Vice President and Treasurer reports to the Board of Directors of NOW and is a voting member. She also serves as Treasurer of the PAC. Taxes withheld.

**Toni VanPelt, President**. Attends weekly staff meetings. She is the Chief Executive Officer and Chief Financial Officer also President of the Board of Directors.  Elected to co-lead with the Vice President. Gilda Yazzie, reporting to the Board of Directors. Taxes withheld.

**Gilda Yazzie, Vice President.**  Attends weekly staff meetings. Elected to co-lead with the president, Toni Van Pelt.  Gilda Yazzie as Vice President and Treasurer reports to the Board of Directors of NOW and is a voting member. She also serves as Treasurer of the PAC.  Taxes withheld.

**Pat Reuss, Action VAWA**. Attends weekly staff meeting.  She, Pat Reuss was a regularly paid monthly employee and for decades a paid leader of the National Action Center, who attended meetings representing NOW in various Washington DC area events, her role was to take notes, decide what action was needed and report back at the weekly staff meeting. At the staff meeting she could answer questions and give direction about how could interact with groups or events.

**William Klein**, Communications Writer.  Attends weekly staff meetings.  Writes press documents for NOW, and suggest topics that NOW should be involved in. William is a

long term NOW leader, paid monthly to write about National trends related to NOW's mission.

**Dorothy Demerest**, Parliamentarian.  Attends all board related meetings, advises the board on Robert's Rules of Order. She did not attend staff meetings but attended all meetings that required voting.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____        _____
GILDA YAZZIE                                                        June 4, 2022
                                                                              DATE

**<u>EXHIBIT A</u>**

 



**From: Gilda Yazzie**
**To: Staff** · Gilda Yazzie



Hide

**[staff] Repeat message**
January 29, 2018 at 3:41 PM

Hi All,
Toni Van Pelt has created a hostile work place for me  I
will be working remotely. The hostile action occurred at
approximately, 11:20 am.

I did send this message earlier, but wanted to be clear
that I have been physically threaten in a demeaning
situation created by Toni Van Pelt.


Sincerely,
Gilda Yazzie



--
Gilda Yazzie
Vice-President, NOW
vp@now.org

The contents of this e-mail message and any attachments
are confidential and are intended for the addressee. The
information may also be subject to this
transmission is sent in case of
delivery to the intended

  

GY00001392

# **EXHIBIT B**

January 29, 2018

To Whom it my Concern.

Dear Board and Staff,

Monday morning (11:40) at the NOW office, Toni Van Pelt, threaten me with aggressive behavior, physical and verbal. She said to me : "it won't be 3 more years". Additionally, "That I don't understand" and, "that she's the president" , so I have to do what she says". Of most concern is that she is patronizing to the people of color staff.

It's scary at the National Action Center.

She harass me down the hall, followed me to my office, interns around, and then I went down to Linda Berg's office, sat, 30 seconds, and Toni, came.

I asked Linda Berg to come with me to my office, and decided to best option was for me to work remotely. I need to get away from harm. She is not in control of herself.

She has been using harsh words and intimidation with all, not only myself.

Sincerely,

Gilda Yazzie

PLAINTIFF'S EXHIBIT

2

T. VAN PELT 12/13/21 djs

GY00001391

**<u>EXHIBIT C</u>**

# National Organization for Women

**1100 H Street, NW, Suite 300, Washington DC 20005**
**Tel 202.628.8669 / email now@now.org / www.now.org**

Gilda Yazzie                                                    February 5, 2018
Vice President

Bonnie Grabenhofer        bonnieg1@sbcglobal.net   (630) 508-0881
Carol Moseley Braun        carol@moseleybraun.com
Carol Robles-Roman        croblesroman@legalmomentum.org  (212) 925-6635
Eleanor M. Smeal        esmeal@feminist.org

Dear Advisory Committee,

Briefly, on January 29, I realized communication with Toni Van Pelt is impossible.
My realization came upon the escalation from verbal abuse to the physical stocking of
me in the office. Since this time, I have been avoiding Toni, to prevent further
altercation.

My work as vice president is critical thinking for documents and reports, etc. computer
work, mainly.  The past week I've been working remotely with fewer hours at the
office to avoid Toni.  This arrangement will continue indefinitely to provide for my
safety.

I won't get into the weeds about how we arrived to this state, but I require assistance
with communication with Toni. Communication to facilitate work: this might aid in
providing a safe workplace and my well being. I believe Anne Durand could help with
this situation. This could be a positive first step towards a workable resolution.

I called Anne Durand on January 30, Tuesday.  I told her about the current situation,
then waited a couple days to see if I felt this was the best option.  It is. Anne Durand
said she would work under the same terms as before.  She will aid me in
communication with Toni.   This is for my protection.

The reason I am notifying the advisory committee is because officers' issues are to be
referred to this committee.  Additionally, I am requesting NOW pay for this expense.

I believe Carol Robles-Roman is the only advisory member unfamiliar with NOW's
prior arrangement with Anne Durand. Could one of you provide details to her?
If more information is desired, I can provide it. Please let me know how to proceed.
Thank you.

Sincerely,

Gilda Yazzie  vp@now.org  (970) 799-5216

Cc Anne Durand  durandcoach@comcast.net (703) 625-6358

GY00001393

**<u>EXHIBIT D</u>**

 Gmail

## Fwd: Concerning Tweet re: NOW & Important Next Steps

**John Erickson** <jerickson85@gmail.com>                    Sun, Nov 11, 2018 at 12:14 AM
To: gildayazzie@gmail.com

Forwarding this to you!

John

```
---------- Forwarded message ---------
```
From: **John Erickson** <jerickson85@gmail.com>
Date: Sat, Nov 10, 2018 at 9:13 PM
Subject: Concerning Tweet re: NOW & Important Next Steps
To: <Now-Board@now.org>

> **EXHIBIT**
> **9**
> B. CORBIN 1/24/22 djs

Fellow Board members -

I am emailing you to let you know about a concerning tweet (attached) I saw a several weeks ago from a now-former staffer of NOW, Brittany Oliver. I want to apologize for bringing this to your attention right after an election but I, along with a few other board members who I have consulted with, have not been able to shake this horrible feeling I have had since seeing this tweet weeks ago and after working with several other board members to try to get to the bottom of it and other staffing issues we have received earlier this year.

The tweet was sent on 10/17 at 7:39 pm and as of receipt of this email has **28 retweets, 99 likes, and garnered 13 tweets** from other users in response to it. The tweet reads:
*"What does racism and white supremacy look like under the Trump administration? On Tue, October 9 at 11:30a, I was pulled into work meeting that was started off with "I'm concerned that you only care about black women & not ALL women" by the president of a "feminist organization."*

While I understand that we were all just knee deep in the election and I detest any and all drama, **I would like to call for a special executive session meeting of the board to discuss this tweet, as well as any other concerning issues pertaining to staff at the NOW offices that has been brought to people's attention, as well as on other online websites. I also think that this meeting should be in person as well as these types of matters are nearly impossible to have via phone.**

**Additionally, I think we need to consider the following steps to be taken:**

- **Hire an independent investigator to look into all of these issues re: staffing**
- **Hire an HR professional on a contract that NOW staff could go to with any and all issues that would report to a newly formed Board committee responsible for oversight**
- **Training for ALL staff at the National office**

For the record, prior to sending this email to you all, I emailed Toni to respond to the allegations made. Her response is below:
*Thanks, John, I appreciate your email. We are aware of the tweet.*

*I don't have a side, John. Brittany did not pass her 90 day probation for many reasons, including dereliction of duty. She simply didn't do the job we hired and paid her for. You may note that although she had explicit instructions as to when and how to staff the board meeting she did not even present her report.*

*Further we decided to restructure the communications department and will not hire for an assistant position communications direction at this time.*

I believe the firing of Brittany was done contemporaneously with, or within a few days, of the alleged statement being

GY00000631

made by Toni that is in Brittany's tweet. I responded with the following email, pasted below, and have yet to hear back from Toni currently and even sent a follow-up email on 10/24

Hi, Toni -

Thank you, for this information. I understand you may not be able to answer this question because it is a personnel issue; but are the claims in her tweet true? Did you "say" what she is stating you said in the meeting at 10/9 at 11:30 am (EST)?

Thank you!

John

After giving ample time for a reply and speaking to her via phone on Sunday, November 4, I, feel it is my duty as board members to send this to the entire board to bring this serious nature, since the tweet, and there have been others, has gotten traction online. Especially, if a news organization were to also start investigating, it could be a big problem for NOW and our longevity. In addition, I am getting personal messages about it and what we, as a board, are doing to rectify the issue.

Additionally, I have gone back and forth with bringing this to the Board attention because I understand that I have not been part of the history of the past year or so with any and all tension on the board. I have identified that tension as between the President and the VP. Outside of that, this issue, regarding individual staffers, is what I find troubling as I see it as a separate issue outside of any historical context of issues that I may have walked into upon election in July.

For the record, I hold no personal feelings about this situation other than I believe I have to say something to my fellow board members out of respect for each of you and the organization as a whole. I believe we do need to take action and look into all alleged personnel matters that have been brought to our attention.

Thank you, very much, for your time.

Sincerely,
John Erickson



**Concerning Tweet.png**
296K



**Brittany T. Oliver** ✅
@brittanytoliver

What does racism and white supremacy look like under the Trump administration? On Tue, October 9 at 11:30a, I was pulled into work meeting that was started off with "I'm concerned that you only care about black women & not ALL women" by the president of a "feminist" organization.

**EXHIBIT E**

 Gmail

## Pretext and Communications Report

**Gilda Yazzie** <gildayazzie@gmail.com>                                                Tue, Nov 13, 2018 at 9:55 PM
To: Nancy Campbell Mead <nm3567@msn.com>

Dear Nancy,
You may share this email with board members if you feel it is appropriate. I am not clear to what extent I am permitted to participate in dialog with the board under Toni's restrictions of my work. I am not emailing John directly in regard to his email to the board related to Brittany Oliver. Whether or not the minutes will reflect it, Brittany Oliver did attend the board meeting with her communications report prepared. She was also assigned a leadership role in the March for Black Women which she could not be late to. The agenda was exceptionally delayed, no accommodation was made for Brittany to present her report earlier in the agenda, and Brittany was forced to leave the board meeting for her duties at the March for Black Women and left her communications report with me to present to the board on her behalf. Toni would not allow me to present that report but was handed it physically at the meeting and was fully aware that the report was indeed prepared. It is clearly pretext for Toni to pretend that the reason for firing Brittany was failure to present a communications report.

Toni has stated that Sparkle was fired because Toni felt my authority to allow Sparkle to carry over the advance she took under Terry's administration was out of order. To be clear, no additional funds were advanced to Sparkle during this administration, but just as Terry had approved carrying over the previous advance made during Terry's administration, I did not make demands on Sparkle to make the deduction. If Toni had wanted to demand it being deducted from Sparkle's paycheck, it would have been wholly in Toni's control. I do not feel it should be blamed on Sparkle if Toni did not demand the advance reduction on Sparkle's paycheck. I did the best I could to maintain the inherited systems under Terry, even though I was denied any access to the accounting software or accounting data. Please remember that Sparkle's advance was arranged and carried over during Terry's administration. I believe Sparkle reasonably relied that her advance was not being demanded immediately during the administration transition and to fire her accusing her of misappropriation is extremely wrongful and harmful to Sparkle's career.

Here I see the same pattern with Brittany. She did her job diligently but is being accused of working "only for black women" and not doing her job -- these are damaging reputation blows against this hardworking feminist by the National Organization for Women.

Allowing these two innocent women of color feminists have their careers undermined or even ruined by being fired under false pretext for racism would make this board complicit. I believe it is our duty to do put our actions in line with our values and purpose. We are indisputably "on notice" that racism and hostile workplace conditions are widely reported by the staff. The staff, at the very minimum, should have a board member or other designated personnel to turn to for fundamental workplace safety.

In Solidarity,
Gilda

PLAINTIFF'S EXHIBIT

**10**

T. VAN PELT 12/13/21 djs

GY00000634

**EXHIBIT F**

 Gmail

Gilda Yazzie <gildayazzie@gmail.com>

## Endorsement of Barbara Lee

**Gilda Yazzie** <gildayazzie@gmail.com>
To: Nancy Campbell Mead <nm3567@msn.com>

Mon, Nov 19, 2018 at 3:04 PM

Hi Nancy, since my email about Brittney,  my email has been limited by National. I got a bounce back from PAC, and did not received any notice about the special meeting until you and Cheryl, Told me. Thx. Reports almost done.

[Quoted text hidden]

GY00000642

**<u>EXHIBIT G</u>**

 **Gmail**

Gilda Yazzie <gildayazzie@gmail.com>

---

## Pretext and Communications Report

---

**Nancy Campbell Mead** <nm3567@msn.com>                    Tue, Nov 13, 2018 at 11:26 PM
To: Gilda Yazzie <gildayazzie@gmail.com>
Cc: Christian Johnson <c.f.johnson@hotmail.com>, "thefeministbear@gmail.com" <thefeministbear@gmail.com>

Thank you, Gilda.  I see no reason why you cannot communicate with board members.  Afterall, you are a member of the board.  I will share your letter with the board.

Nancy Campbell Mead

*This message and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and delete it from your computer. Although NOW has taken reasonable precautions to ensure no viruses are present in this email, the organization accepts no liability for any damage caused by any virus transmitted by this email or attachment(s).*

---

**From:** Gilda Yazzie <gildayazzie@gmail.com>
**Sent:** Tuesday, November 13, 2018 6:55 PM
**To:** Nancy Campbell Mead
**Subject:** Pretext and Communications Report

[Quoted text hidden]

GY00000635

**<u>EXHIBIT 2</u>**

DECLARATION OF EMILY IMHOFF

I, Emily Imhoff, declare as follows:

1. I worked for the National Organization for Women (NOW) from July 2016 to April 2018.  My job title was President's Assistant and later Coordinator of the President's Office, and my duties included administrative work required by the president of the organization.

2. I participated in the authoring and submission of a staff complaint to the board of directors of NOW on June 7, 2018, signed by myself and four other former staff and anonymously signed onto by an additional ten former staff.   EX. 1

3. I witnessed Toni Van Pelt freeze Gilda Yazzie out of the administration: refusing to speak with her, include her in meetings, or include her in important email threads. On one occasion, I witnessed Toni Van Pelt yelling loudly at and physically intimidating Gilda Yazzie.

4. I routinely witnessed Toni Van Pelt belittle Gilda Yazzie, Sparkle Barrett, and other women of color. Based on my personal observations, I believe that Toni Van Pelt was disparate in her harsh treatment of women of color, creating a hostile and racially discriminatory work environment.

5. I recall administrative work in varying degrees related to the employment of the following employees, in the year before I resigned March 2018, and all of whom were regularly paid staff during the last two consecutive weeks of July 2017:

Emily Imhoff, Coordinator of the President's Office.

Vicki Linton, Membership and Development Specialist.

Chioke Barkari, Assistant Director of Development.

M.E. Ficarra, Communications Assistant/Press Coordinator.

Rachel Motley, National Action Program Policy and Lobbying Specialist.

Elissa Blattman, Chapter Services Specialist.

Sparkle Barrett, Senior Accounting Associate.

Rui Mulligan, Digital Media Associate.

Paul Wommack, Network Administrator and Information Technology.

Linda Berg, Political Director.

Jan Erickson, Government Relations Director.

Joya Taft-Dick, National Action Program Manager.

Angela Abadir, National Action Program Advocacy and Civic Engagement Specialist.

Tyler Goodridge, National Action Program Associate.

Doris Steppe, Membership Systems Director.

Terry O'Neill, Outgoing President. Chief Executive Officer and Chief Financial Officer and President of the board.

Bonnie Grabenhofer, Outgoing Vice President. Elected to co-lead with the President.

Gilda Yazzie, Incoming Vice President and Treasurer reporting to the Board of Directors of NOW.

Toni Van Pelt, Incoming President. Chief Executive Officer, Chief Financial Officer and President of the board.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | |
|---|---|
| _____ | _____ |
| EMILY IMHOFF | 06/03/22 |
| | DATE |

**EXHIBIT 1**

Thursday, June, 7, 2018

Dear Members of the National NOW Board,

We are writing to ask for serious consideration of the removal of Toni Van Pelt as President of the National Organization for Women and for serious appraisal of Toni's leadership since she began her term in August 2017.

As a collective, we have fretted over whether or not we wanted to come forward and express our serious concerns about Toni's leadership and the dysfunctional work culture at the National Action Center, but ultimately, we felt it was our responsibility as former staff members to share our firsthand experiences with you. **We intend for this letter to be for the 2016-2018 and 2018-2020 National NOW Board only**.

As feminist activists, we are motivated to work for and at organizations that are committed to the safe and equitable treatment of women. Unfortunately, we have found these values absent under NOW's new leadership. In the past year we've been struggling with how to address the illegal, morally reprehensible, dishonest, destructive, and frankly toxic behavior of NOW President, Toni Van Pelt. Her behavior is dangerous to the reputation of NOW as well as the infrastructure of the National Office. Though staff attempted to forge a positive relationship with Toni despite the disturbing and racist actions of the 2017 conference, we found that Toni was not only extremely hard to work with and lacking the skill sets necessary to complete her role successfully, but she also upholds views and practices that are counter to NOW's mission.

Since Toni has taken office, **all but three staff members have resigned or been terminated under ambiguous circumstances.** Since August, there has been an 80% turnover rate; this mass staff departure is a direct result of the destructive and problematic leadership of Toni Van Pelt.

## I.  Overview of Infractions by NOW President Toni Van Pelt

Overall, Toni Van Pelt has:
- Created a hostile work environment for fellow officers, employees, contractors, consultants, and interns.
- Irrevocably damaged relationships with coalition partners and allies.
- Physically, verbally, and emotionally threatened staff members.
- Continued to show contempt for staff members beyond general workplace disagreements.
- Been insensitive to the financial realities of NOW members and staff members.
- Attempted to incorporate her own personal bias into NOW work including, but not limited to, religion, class, race, and gender identity.
- Led an office with a total lack of structure and processes (HR and otherwise) and left the staff with no clear understanding of their rights as employees.

1

GY00001395

- Hired, almost exclusively, her personal friends and relatives to fill vacant positions.
- Ultimately been an ineffective manager (to both vendors and staff) and extremely challenging to work with. Despite frequent communication to remedy this, it became apparent that Toni has no concept of or respect for staff's job descriptions or day-to-day tasks.

We trust that the National NOW Board will take our complaint seriously, and promptly take appropriate actions to resolve the issue. In less than one year as President of NOW, Toni has caused irrevocable damage to the National Office and relationships with coalition partners, which, if not dealt with immediately, will be detrimental to NOW's reputation, organizational stability, and longevity.

Below, we have provided an outline of instances in the National Action Center under Toni's tenure, from August 2017 to present. **Please note: the following timeline only includes incidents that were witnessed or experienced by National NOW staff members.**

## II. Timeline of Infractions by Toni Van Pelt

### <u>August 2017</u>
- Joya Taft Dick, National Action Program Manager, and Angela Abadir, Advocacy and Engagement Specialist, resign.
- Toni Van Pelt begins to show disrespect for NOW Vice President Gilda Yazzie (See pages 4-7.)

### <u>September 2017</u>
- Toni Van Pelt refuses to pay staff for required overtime work for the March for Black Women. (See page 8.)

### <u>October 2017</u>
- Toni Van Pelt leads staff to believe that they will not be paid overtime for the Board meeting held outside of office hours on a Saturday; only tells staff that she "has decided to pay overtime" after the meeting ends. (See page 8.)
- Budget is not passed at the October board meeting.

### <u>November 2017</u>
- M.E. Ficarra, Communications and Media Associate, resigns.
- Toni Van Pelt begins to target Paul Wommack for issues and infrastructural concerns that do not fall under his job description. (See page 16.)
- Toni Van Pelt brings on William Klein as a full-time writing consultant to the National NOW team, without consultation or discussion with Vice President, Gilda Yazzie.
- Toni Van Pelt continues to withhold the 2018 budget and financial information from the board.

2

GY00001396

**December 2017**
- Paul Wommack, Network Administrator, resigns.
- Toni Van Pelt refuses to pay Paul Wommack his final paycheck and vacation payout, as it is outlined in NOW Employee Handbook and DC law.
- Toni Van Pelt purposefully disrespects a coalition partner and racial justice leader, Reverend Lennox Yearwood of the Hip Hop Caucus, by refusing to call him Reverend during a NOW-hosted Facebook Live panel. (See page 15.)
- Toni Van Pelt announces that select staff will be receiving "merit based bonuses" (without consulting Gilda Yazzie) based on favoritism rather than work productivity and output, thus creating an uncomfortable work environment.
- Staff members overhear Toni Van Pelt mocking the gender identity of our donor and development consultant, uttering "[Redacted] needs to pick a gender.'"
- Toni Van Pelt continues to withhold the 2018 budget and financial information from the board.

**January 2018**
- Toni Van Pelt pressures Sparkle Barrett, Senior Accounting Associate, to delete Paul Wommack from NOW's payroll, and subsequently threatens to fire Sparkle when she resists. (See pages 7-8.)
- Toni Van Pelt removes Gilda Yazzie's access from NOW's payroll. (See pages 5-7.)
- Toni Van Pelt physically intimidates Gilda Yazzie. (See pages 5-7.)
- Gilda Yazzie emails staff with concerns about her safety. In retaliation, Toni Van Pelt strips Gilda of her responsibilities as Vice President. (See pages 5-7.)
- Toni Van Pelt continues to withhold the 2018 budget and financial information from the board.

**February 2018**
- Toni Van Pelt continues to withhold the 2018 budget and financial information from the board.

**March 2018**
- Emily Imhoff, Coordinator of the President's Office; Chioke Barkari, Assistant Director of Development; and the Assistant to the Senior Accounting Associate, resign.
- Toni Van Pelt begins changes to the employee handbook policies about payout without any notice to staff or consultation/discussion with Vice President, Gilda Yazzie. (See page 14.)
    - The employee handbook is edited by Marcia Cohen, a friend of Toni's who had no previous affiliation with National NOW. Marcia Cohen was subsequently hired as legal council for the organization, without any proper vetting or input from Gilda Yazzie.
- Toni Van Pelt provides false information about the NOW budget and finances at the Spring Board meeting. (See pages 8-9.)

3

GY00001397

- Toni Van Pelt harasses and accuses Sparkle's former assistant and former NOW intern of losing the NOW credit card. (See page 10.)
- Toni Van Pelt continues to withhold the 2018 budget and financial information from the board.

**April 2018**
- Rachel Motley, Policy and Lobbying Specialist, resigns.
- Toni Van Pelt hires Beth Corbin, NOW Board Member, as a contractor to fill Emily's position. (See pages 11-13.)
- Toni Van Pelt terminates Sparkle Barrett, Senior Accounting Associate, based on unsubstantiated claims of financial misconduct. (See pages 7-8.)
- Toni Van Pelt and board member Beth Corbin grant an internship to one student who has not gone through the proper and equitable vetting process and did not appropriately apply for the position. (See pages 11-13.)
- Toni Van Pelt continues to withhold the 2018 budget and financial information from the Board.

**May 2018**
- Rui Mulligan, Digital Communications Associate, and Elissa Blattman, Chapter Services Specialist, resign.
- Toni Van Pelt attempts to push out NOW Vice President Gilda Yazzie, removing her access to the NOW office and email. (See pages 5-7.)
- Toni Van Pelt hires new employees, most of whom are personal friends/family and did not go through the proper and equitable vetting process for hiring. (See pages 11-13.)
- Toni Van Pelt announces changes to the Employee Handbook to remaining staff.
- Toni Van Pelt announces that select staff will be receiving "merit based bonuses" (without consulting Gilda Yazzie) based on favoritism and not a real understanding of individual employees' contributions to the organization, thus creating an uncomfortable work environment. (See accompanying documentation.)
- Toni Van Pelt continues to withhold the 2018 budget and financial information from the board.

**June 2018**
- Tyler Goodridge, National Action Associate, resigns.
- Toni Van Pelt calls for an emergency Board meeting.

## III.  Expanded Infractions of Toni Van Pelt

In the section below, we expand upon Toni's more serious, damaging, and problematic infractions.

## A.  Concerns about Toni Van Pelt's Treatment of Gilda Yazzie

4

GY00001398

Since August 2017 (almost immediately after the 2017 NOW Officer Election), Toni and Gilda have had a fraught relationship. In August, during a private conversation with a junior staff member, Toni repeatedly referred to Gilda as "weird," just a couple of weeks after both took office. The junior staff member replied to Toni, asking her to please not put the office in another Terry and Bonnie situation (where the President and Vice President do not get along). The junior staff member feels like Toni had no intention of getting along with or getting to know GIlda as person. This was emphasized by Toni telling Tyler and Rachel that she chose Gilda as her running mate because she needed "a woman of color." This tokenizing and offensive treatment of Gilda by Toni is reflected in her behavior outlined below.

It became clear to other staff, as well, at the beginning of Toni's tenure as NOW President that she did not intend to share the powers and responsibilities attributed with being a NOW Officer. As far as staff could observe, Toni has made no real effort to bring Gilda into the fold and has only increased tension in their relationship through erratic and sometimes violent treatment toward Gilda. Staff are aware that Toni has asked for Gilda's resignation (we were originally lied to by Toni, who told us Gilda decided to take personal time off), and feel that this is part of a larger plot to deflect Toni's own lack of knowledge surrounding the budget process. Throughout Toni's time at NOW, she has done everything in her power to make Gilda's work experience miserable, including slowly removing all of Gilda's work responsibilities. Below we detail more specific instances:

On January 29, 2018 at approximately 10:30 AM, staff heard a series of scuffles and crashes in both Linda Berg's and Gilda's offices at the National Action Center. The altercation sounded like a series of objects (perhaps stacks of paper) being thrown or pushed. Rachel Motley can verify that she heard the altercation from her office; Emily Imhoff and two spring interns [names redacted for privacy] can verify that they heard and saw parts of the altercation while giving the interns a tour of the office. (This was the interns' first day in the office and, therefore, their first impression of NOW.) We believe the nature of the altercation was due to Toni's withholding of Paul's pay and vacation. After Gilda sent emails to NOW staff to corroborate this story (see accompanying documentation) there was no additional follow-up from Toni or any senior staff. This goes against NOW's core issue of Ending Violence Against Women.

Below is language taken from Section 5, Page 3 of the NOW Employee Handbook (as of May 2018):

> "Violence by an employee or anyone else against an employee, supervisor or member of management will not be tolerated...Violations of this policy, including your failure to report or fully cooperate in the organization's investigation, may result in disciplinary action, up to and including discharge."

It is our understanding that Toni later replied to Gilda's email (copying her personal friend and recently appointed NOW legal council, Marcia Cohen) alerting Gilda that she would receive a

5

GY00001399

new job description soon. This altercation marked a clear turning point in which staff had to consider whether or not they feel safe in the NOW Office.

Bonnie Grabenhofer, Advisory Council Member, was made aware of the situation and suggested that Toni and Gilda use the same mediator, Anne Duran, who had worked with Terry and Bonnie. It is our understanding that, after one phone call with Anne, Toni decided not to continue with any mediator or professional advisor.

Going forward, Toni and Gilda did not communicate or work with each other in person, but instead went through staff to retrieve and communicate information. It is unclear to staff whether or not Toni and Gilda communicated at all via email. This caused an incredibly uncomfortable and unprofessional office culture. When staff was seen interacting with Gilda, Toni would often interrupt or stand close by as to intimidate and end the interaction.

For example, on March 23, 2018, Rachel Motley was talking to Gilda about a Paychex related question (as Gilda was the point of contact for Paychex) in Rachel's office with the door closed. About 5 minutes into this conversation, Toni burst through the door without knocking and raised her voice to demand to know the nature of the conversation. After relaying to Toni that they had been discussing a Paychex related issue, Gilda left, and Toni remained in the office with Rachel. Toni asked that Rachel relay again what they were "really talking about," and stated that Rachel was "no longer to communicate with Gilda about anything Paychex related." The subtext here is that Rachel could no longer communicate with Gilda. Similar instances occurred with other staff members on multiple occasions.

We believe that Toni made the decision to target Gilda's reputation and role as Vice President during the audit. At one point, Toni called Emily Imhoff into her office to help verify what counted as a moving expense for incoming NOW officers. According to past Board meeting minutes, Bonnie Grabenhofer, NOW Advisory Council member and Barb Miller, NOW Board member (who were both on the phone), it was clear that "moving expenses" was never explicitly defined. Still, Toni suggested to Bonnie, Barb, Emily, and one of the auditors in the room that "someone" (Gilda) had submitted a reimbursement request for a purchase that would not be covered as a moving expense. As Emily left the room, she was advised not to mention the conversation to anyone, including Gilda. If Gilda had mistakenly requested reimbursement for something that would not be covered, the issue was not brought to her head on, as instructed in the NOW Employee Handbook.

On Monday, May 21, 2018, Gilda was "given a choice" to resign or take personal time by Toni Van Pelt, Linda Berg, Beth Corbin, and the Budget Committee. When Gilda "chose" to take personal time, her access to the NOW office and email were removed. Based on what staff was told, Toni brought in two lawyers to intimidate Gilda into resigning. Bringing in lawyers as a show of strength is something Toni has done before with other staff members. When firing Sparkle, Toni brought a lawyer in to do so. Those lawyers also requested to speak to other staff

6

members to try to explain the supposed severity of the situation. As staff, we feel this creates an office culture of intimidation.

Toni's treatment toward Gilda is disturbing for many reasons, but we would be remiss if we did not clearly indicate that we believe her behavior was influenced by race. As you know, White Americans have a long history of colonizing and enacting violence against American Indian individuals, it is truly disturbing that Toni would choose to continue this shameful legacy by quite literally colonizing the NOW office (through barring Gilda from access to her email and office and attempting to force her resignation) and reacting violently toward Gilda. This goes against NOW's core issue of Racial Justice.

It is also important for us to underscore that **the toxic work environment mentioned throughout this letter was not a result of Gilda Yazzie's behavior, but rather by the cruelty and ineffective leadership of Toni Van Pelt.** Furthermore, Gilda has been an active, positive member of the National NOW Budget Committee for years under Terry O'Neil and Bonnie Grabenhofer's leadership.

## B.  Concerns About Sparkle's Termination and Overall Budget Concerns

One of the most dire and concerning situations at the National Action Center involves NOW's budget and accounting. Sparkle Barrett (former NOW Senior Accounting Associate) was let go and Gilda (NOW Vice President) has been asked to resign, however, the reasons for these actions are still unclear.

Staff witnessed a smooth working relationship between Sparkle and Terry for over five years. Toni's talking point about Sparkle's termination to staff when questioned has been that there was a "problem with the audit." We find this hard to believe given that Sparkle has managed a successful audit for five years under Terry's supervision. In addition, NOW employs accounting vendors year round and during the audit process. Given this, pinning a problem with the audit only on Sparkle seems deeply unfair and, frankly, does not make sense. Toni has consistently demonstrated that she does not understand accounting, payroll, financial, and budgeting processes, see below for specific examples. **It seems likely that Sparkle was used a scapegoat to divert blame from Toni**.

Additionally, we believe there were no other steps or mechanisms to improve performance before termination.

Sparkle's termination was not the only instance in which staff witnessed or were later told about Toni's unfair and cruel treatment towards Sparkle. After Paul's resignation in December 2017, Toni demanded that Sparkle withhold Paul's final paycheck (which accounted for his last two weeks as a NOW employee) and remaining vacation hours--a direct violation of the NOW Employee Handbook as of May 2018, in addition to being *illegal* in all fifty states and the District of Columbia. When Sparkle resisted Toni's instructions out of fear of committing an illegal act, Toni retaliated. Toni threatened legal action against Sparkle and termination if Sparkle paid Paul

7

GY00001401

money that he was **legally owed by the National Organization for Women**. At this time, she physically intimidated Sparkle by standing outside of her office door until Sparkle removed Paul from the payroll system. Sparkle, shaken by the incident, contacted staff members Rachel Motley and Tyler Goodridge, who can corroborate. This pattern of behavior, threats, and intimidation continued until Sparkle's termination. On February 13, 2018, Toni also stood in front of Sparkle's office for the express purpose of intimidating and harassing Sparkle. (See accompanying documentation.)

Given Sparkle's termination and Gilda's removal from all accounting processes, we are very concerned that there are no checks and balances for accounting or spending at the National Action Center. Additionally, with Gilda's removal from the office, we are concerned that existing structures and processes for employees will cease to function. Over the last year, Toni has displayed a complete lack of expertise or basic understanding of NOW's budget/finances and structure and processes in the following ways:

1. **Internal Processes**: Since Toni has taken office, various internal processes that existed successfully under Terry O'Neill and Bonnie Grabenhofer have changed with little to no notice to staff or the Board. Some of these processes include:
   a. **Overtime Policy**: Under Terry O'Neill and Bonnie Grabenhofer, non-exempt staff received overtime pay for any hours worked over the standard 40-hour work week. These instances were rare but included the NOW conference, Board meetings, and other special events as they arose. The existing overtime pay policy was also in accordance with federal law. In September 2017, NOW staff were firmly told that they would not be paid overtime for hours worked during the March for Black Women, which required staff to work an additional 10 hours on a Saturday just two weeks before the Board meeting. Emily Imhoff sent Toni and Gilda an email expressing the frustration of non-exempt staff members regarding the sudden change in overtime policy. As a result, staff were accused of "revolting" against the new administration and pressured to use comp time instead of being paid overtime. This treatment goes against NOW's core issue of Economic Justice for Women. (Ironically, that same week Janice Erickson contributed a section to the FYI NOW email that went out to state and chapter leaders across the country, claiming: "NOW Submits Comment in Support of Maintaining Overtime Rule: Another critical protection for women may be doomed. The Depart of Labor is proposing a repeal of a 2016 regulation that clarifies employees salaried at less than $47,476 may not be exempted from overtime pay. The regulation, promoted by the Obama administration, strengthens Fair Labor Standards Act (FLSA) protections for 12.5 million workers, including 6.4 million women. Close observers believe that the Trump administration will weaken the protection, and millions of workers will again be denied overtime pay.") Eventually, select staff were told they could use overtime hours for the Board meeting.

8

GY00001402

b. **Budget Procedures**: Under Terry O'Neill and Bonnie Grabenhofer, the President, serving as the CFO, created the budget before passing it off to the Vice President for review. Once the President and Vice President reviewed the budget, it was brought to Budget Committee for review. Finally, the proposed budget was brought to the full National Board for discussion and a vote. It is our understanding that Toni removed Gilda from the budget review process--which she has contributed to as a Board member for years. It is also our understanding that the 2018 budget was never passed.

    i. **Excel and use of technology:** It is important to note that Toni does not understand how to use Excel (or computers in general). On multiple occasions, Toni has asked staff "how to put information in the cells" and seemed confused when it was explained how various functions (including formulas) work in Excel. In addition to going through a formal training with Terry during the transition, Toni sat with Sparkle on several occasions to have her explain financial spreadsheets that NOW has been using for years. Because she lacks any basic understanding of Excel and the financial process that NOW has effectively implemented for the past 8 years, Toni would simply complain about the organization-wide use of spreadsheets, calling them "unnecessary." This is a problem because nearly all of NOW's accounting documents are in Excel.

    ii. **Emergency Budget Meeting:** On Monday, April 2, 2018 at 8:00 PM ET, Toni scheduled an emergency budget meeting to vote for the 2018 budget (that was supposed to have been voted on at the October 2017 Budget Meeting). At approximately 7:40 PM ET, Toni received a press call and alerted staff (Rachel and Tyler) that she will be a few minutes late for budget meeting. At 8:02 PM ET, Toni finished with her press call but refused to join the budget meeting saying that she "needed to prepare" and asked for another 30 minutes. **At 8:02 PM ET, Rachel did an unofficial count (but not an official quorum vote, as Beth Corbin said that she could not) and at this time, there was a quorum to vote on and discuss the 2018 budget.** At 8:30 PM ET, Toni still refused to join the meeting and it became apparent that she had no intention of joining the meeting. At 8:40 PM ET, Gilda Yazzie demanded we call for a quorum, as the call was now 40 minutes over schedule. Rachel Motley and Beth Corbin conducted a quorum call, only to find that there was no longer a quorum. At this meeting, staff was asked to stall and lie for Toni (by incorrectly stating that she was on the press call when, in fact, the call was already over and her absence was due to poor preparation) and stay at the office until 9:00 PM ET, for essentially no reason.

c. **Checks**: Under Terry O'Neill and Bonnie Grabenhofer, there was a clear understanding of who and when checks needed to be signed by Officers. Both Terry and Bonnie were in the office on a regular basis and available to handle

9

any financial need as it arose. Staff understood that checks over a certain amount needed to be signed by both Officers.

    i.   **Gilda Signature Stamp:** At one point, Toni asked Emily Imhoff to order a signature stamp for Gilda, but to (1) have it sent to Toni's home in Florida and (2) not to mention the request to anyone else. Emily felt uncomfortable with the request and ultimately decided not to follow instructions. Instead, a signature stamp for Gilda was ordered and sent to the NOW office. Once the stamp arrived, Toni kept Gilda's signature stamp locked in her office. Rachel Motley can corroborate this story, as Emily told her verbally immediately after her conversation with Toni.

    ii.   **Authorized check signers:** Toni has since removed the responsibility of being the second authorized check signer from Gilda and instead assigned Linda Berg, who is part-time and only in the office twice a week, to be the second signer. As has been the proper process when an existing authorized check signer is removed and when one is added, BB&T bank asks that the current signers on the account sign a document at the bank that allows the removal of one signer and the addition of another. This document is then filed in the accounting folder for BB&T, which is located in the Senior Accounting Associate's office. When Sparkle asked Toni for the document, she refused to give it to her and said she wanted to keep it in her office instead. Before she was terminated, Sparkle was asked to process five of Toni's expense reimbursements in excess of $6,000, which according to NOW policy, are only to be approved by Gilda, the Vice President, but were instead approved by Linda Berg. Also, Sparkle was asked to process separate checks for Toni's expense reimbursements so that a second signature would not be needed.

   d.   **Credit Cards**: Under Terry O'Neill and Bonnie Grabenhofer, Terry kept one credit card on her person and Sparkle kept the other in her office for rare occasions when Terry was out of town but certain bills, travel arrangements, etc. needed to be paid. Toni announced to staff that she would have sole access to the main NOW credit card, and that the rest of staff would subsequently share a credit card with a $500 daily maximum.

    i.   **False accusations of stealing the NOW credit card:** On one occasion, Toni accused Sparkle's former assistant and former NOW intern of losing the NOW credit card**.** The subtext here was that the employee lost the NOW credit or was irresponsible in her role as Sparkle's assistant. The employee insisted that she did not lose or take the credit card, and it was later found that Toni had lost the card in her gym bag. Toni never apologized to the employee or acknowledged that she found the card amongst her own things. This example can be filed under ageism and Toni's lack of accountability for the budget and accounting processes.

10

GY00001404

e. **Unnecessary spending**: Toni has also shown lack of restraint on spending in the NOW office, both on material items and coalition work, sometimes influenced by her personal biases.

    i. As one example, Toni purchased a flat screen TV and expensive cable package. She also redecorated and painted the office very shortly after beginning her term when the office had only recently been rearranged by the prior President. Continued redecorating has included unnecessarily purchasing of new lobby chairs, chairs for Toni's office, artwork, mirrors, and other office accessories. Toni has also talked openly about putting up new walls in the suite, despite the fact that there are not enough staff members to fill existing offices.

    ii. A more worrisome example of unnecessary spending is travel to/from events and donations to organizations that Toni aligns with personally but are not directly affiliated with NOW or NOW's core issues. On several occasions, Toni has attended speaking engagements at Secular Humanist conferences, all on NOW's dime. One recent example of this is in early May 2018, when Toni attended the annual conference for the American Humanist Association in Las Vegas, NV. It is our understanding that Toni's plane, hotel, and presumably, meals and incidentals were paid for by NOW.

f. **Questionable Travel**: To reiterate, Toni often travels for dental work, to see her family, attend conferences that aren't NOW's mission--but are related to the mission of the other organization of which she is still president--, meet with singular donors over a multi-day period in cities and states all over the country, including New York City (with her daughter, Margo), Las Vegas, and Florida, on NOW's dime. Since January 2018, Toni has been out of the office over 40 days, most of which were in her home state of Florida. We request that the NOW Board investigate whether or not this excessive and often unnecessary travel was paid for by NOW. Additionally, given Toni's micro-management style and limited understanding of Google Docs, her absence from the office majorly upheld work-flow.

g. **Employee Benefits (Retirement)**: Since Sparkle's departure, multiple employees noticed their paycheck retirement contributions were not reflected in the Paychex system. This happened the first payroll Toni ran herself. Toni had asserted at least twice that the money was in our accounts and any errors had been resolved. At least three employees had to prove to her that it had not been resolved. This is an ongoing issue, where employees are responsible for catching mistakes with their money and proving to Toni/National NOW that their money is missing. The lack of HR at NOW, especially since Toni has forced Gilda out of the office and removed her from any access to these materials, is concerning. There is no one to advocate on behalf of employees except the employees themselves, which is often met with hostility. This goes against NOW's core issue of Economic Justice for Women.

11

GY00001405

This spending, lack of structure, and lack of accountability, should be of great concern to the Board.

### C.  Concerns About Toni's Hiring and Handling of Employees and Interns

1. **Hiring staff:** Since mid-March 2018, Toni has hired five new employees, four of whom did not go through the proper vetting process for hiring (Beth Corbin, Kim Sontag-Mulder, Lisa Siegel, and Supria Bhatia), one of whom is a board member, another of whom is a family member with no direct experience in the designated role, see below for details. The positions were not posted internally or externally nor was there a recruitment process. Of the two positions that were posted, vetted, and interviewed, at least one was handled inappropriately. **For the Communications Director position, Toni had her daughter, Margot Van Pelt--who does not work for NOW, the National Action Center, or in a communications field--interview a final candidate.**

   a. Though we have no qualms about Supria and wish her the best of luck in her new position, we question Toni's hiring and decision making process when assigning her to the Chapter Services Specialist position. Supria was originally offered and accepted the Coordinator of the President's Office position, and Toni reassigned her to the Chapter Services Specialist position three days, at most, after Elissa resigned. Since taking office, Toni failed--and never tried--to learn what Elissa did at NOW, and has shown a repeated pattern of not understanding her position or job responsibilities. This could, perhaps, have been because the Chapters Department falls under the purview of the Vice President and Toni wanted nothing to do with anything relating to Gilda.

   Elissa was not given time to write a job description for her position, which has evolved since she was hired, so we do not know what Toni presented this job as when offering it to Supria instead of the Coordinator of the President's Office position. Elissa was also not given adequate time to write a leave document for Supria. When Elissa gave notice of her resignation on Tuesday, May 22, she stated her last day would be Friday, June 8. On Saturday, May 26, Elissa saw an email Toni had written her after business hours the night before. The email requested she complete her leave document and vacate the office no later than Wednesday, May 30 because she had already hired someone for her position. Because of the Memorial Day holiday, that only gave Elissa one and a half business days to complete her leave document for her position before she was asked to return to the National Action Center to turn in her keys and clean out her office. Elissa was mainly working on wrapping up other projects prior to that, having received no prior indication that she would be asked to vacate the office prior to June 8. Despite Supria starting before Elissa's stated last day, and also before the day Toni requested she vacate the office, Elissa was not permitted to train her replacement on her job responsibilities or how to use WinFunds, NOW's

GY00001406

membership database, which is integral to the Chapter Services Specialist position. NOW will now have to unnecessarily hire an outside contractor to train Supria in WinFunds because of this. Toni also told other staff members in the National Action Center that Elissa was not supposed to speak to Supria when she came into the office on May 30. We do not understand the reasoning behind this, but believe it is extraordinarily unprofessional leadership.

As a professional, Elissa continued to work for many hours on her leave document--as well as answering questions from Lisa and Jan via phone call and text message--after turning in her keys and cleaning out her office, finishing the document (27 pages) just before midnight on Sunday, June 3. She did this, on her own time, because it would have been detrimental to the chapters if the new Chapter Services Specialist did not have information about what needs to do be done. This is not something Toni Van Pelt ever seemed to consider, despite running a campaign that claimed to want to strengthen the grassroots. (See accompanying documentation.)

b.  In March 2018, after Emily's resignation, Toni hired Beth Corbin (NOW Board member) to take over for the Coordinator of the President's Office position. Having a Board Member who is able to have full access to the National Action Center staff and weigh in on daily decisions and information--including Board elections--is a huge conflict of interest and very inappropriate. Additionally, Beth has used her position to extract information from staff to relay it directly to Toni. When working with Beth, staff have been forced to juggle with the question, "is my colleague Beth or NOW board member Beth asking me to do this?"

c.  In the fall of 2017, Toni hired her niece, Lisa Seigel, to work part time at the NOW office, sorting and filing internal documents for Schlesinger Library. In May 2018, she was promoted to a full time position as Chief of Staff (at this time, overseeing only four employees), which Toni created specifically for her niece. Presumably, Lisa's new role will fill the gap intended to be left by Gilda, as she is being pushed out of NOW leadership. Some of Lisa's direct responsibilities previously belonged to the Vice President and include: conducting exit interviews with employees who have resigned, onboarding new employees, managing employees' benefits (i.e. health insurance, transit, etc.), and training the new Chapter Services Specialist, when the Chapters Department was previously overseen by the Vice President.

Lisa is a kind and helpful individual, but there are very real concerns about whether or not her hiring and promotion was ethical. In her 10 months at NOW, Toni did not promote a single employee other than her niece, Lisa. The Chief of Staff position was not posted or advertised in any way, either internally or externally. Additionally, there is a clear conflict of interest hiring a family member

13

for a personnel role. Though she has been helpful, we do not feel as though Lisa has the credentials to be Senior Leadership.

2. **Hiring interns:** Toni Van Pelt and board member, Beth Corbin granted an internship to a student who did not go through the proper vetting process and did not appropriately apply for the position. His connection to both individuals, [name redacted for privacy], is a glaring example of nepotism toward an unqualified candidate. When the issue was addressed with both Toni and Beth by numerous staff members, Toni and Beth ignored and rebuffed the concerns. The individual was brought on as a NOW intern, with pay, over a pool of over 500 intern candidates. This became a glaring concern to staff members when it was also acknowledged that the individual given the position is a white male and Marcia Cohen's (Toni's friend and legal counsel) grandson who was being prioritized, unethically, over hundreds of young women who applied. (See accompanying documentation.)


### D.  Concerns About Toni Van Pelt's Use of the Employee Handbook

Toni has routinely announced immediate and arbitrary changes to the Employee Handbook since her tenure began, often to excuse herself from having to perform certain duties owed to employees. This created a toxic work environment in which it was unclear what policies would apply to whom and made our rights as employees impossible to defend. How could we stand up for our rights as employees, such as overtime pay for necessary work needs or being paid out for our vacation time, if Toni could change the handbook with no oversight? When Emily Imhoff and Chioke Barkari resigned in March 2018, Toni announced a sudden change to the Employee Handbook that limited vacation payout for outgoing employees to 40 hours. (Chioke Barkari, in particular, was owed 72 hours. Chioke was ultimately paid this full amount, however, it was only because Sparkle followed Chioke's leave paperwork and had an understanding of how to use Paychex. With pushback, Toni only wanted to pay Chioke for 68 hours, which would not have included the accrual for Chioke's final two weeks worked.)

Only during the final weeks of May 2018 did Toni present the new, finalized Employee Handbook to the remaining staff. Gilda Yazzie was never consulted in regards to edits to the Employee Handbook, and it is our understanding that she has never seen the updated version.

### E.  Concerns About Toni Van Pelt's Behavior Towards Coalition Partners, Trusted Allies and Leaders in the Movement

1. **Intersectional ERA:** Since July 2017, Rachel Motley worked on the "Intersectional ERA" legislation to be introduced by Representative Pramila Jayapal. As a part of this work, Rachel worked with one of NOW's allies, The ERA Coalition, and Rep. Jayapal's office.

Rachel reported this work both to the NOW ERA Board Committee and at almost every staff meeting leading up to the bill introduction and made bill text available to staff. A few

14

days before the ERA Coalition meeting to discuss the bill, Toni Van Pelt expressed that she had concerns with the word "faith" in the bill text.

Because of this, Jan Erickson, NOW Government Relations Director, attended the ERA Coalition meeting and announced that NOW was no longer supporting the bill, effectively undermining months of work and humiliating both Rachel and ERA Coalition staff. (See accompanying documentation.)

To address this conflict, Jessica Neuwirth and Toni Van Pelt had a phone meeting that Rachel attended. During this meeting, Jessica Neuwirth explained that the "Intersectional ERA" is intended to support all individuals who are vulnerable in the Trump Administration, including Black men. To which **Toni replied "I do not care about Black men."** Regardless of Toni's views on the bill's scope, this was an inappropriate, racist, and offensive statement to make to a coalition partner (or in any context).

This broader situation greatly damaged a long held partnership between ERA related coalitions and NOW, as well as a relationship with Rep. Pramila Jayapal. As a result, a trusted coalition partner, [name redacted for privacy] related to NOW staff "your new president has NOT made friends with [organization/office redacted for privacy]." This goes against NOW's core issues of Racial Justice and Constitutional Equality.

Additionally, in referencing the status of the "Intersectional ERA" bill in a staff meeting, Toni forgot Rep. Jayapal's name. She asked the staff, "What's her name? Punjabi?"

2. **December 14 Facebook Live Event, Disrespect Toward Reverend Yearwood:** On December 14, 2018, Toni Van Pelt further displayed her racism and bias against religious people by blatantly disrespecting a coalition partner and racial justice leader, Reverend Lennox Yearwood of the Hip Hop Caucus. Toni refused to call Reverend Yearwood by his title, and when asked by Rachel to please refer to him as Revered, Toni said "well today he will be going by Lennox." Disrespecting a Black man in this intentional manner was disturbing and clearly made the rest of the panelists rightfully uncomfortable. Additionally throughout the panel, Toni made blatant attacks on religion, specifically Christianity, in an effort to goad Reverend Yearwood into a debate. This made both panelists and staff members very uncomfortable. It was later related to both Rachel and Tyler that all members of the panel were deeply offended by Toni's behavior. See Facebook Live video here. This goes against NOW's core issue of Racial Justice.

## F.  Concerns About Toni Van Pelt's Racism

We are deeply disturbed by the way our colleagues and allies have been treated by Toni during her tenure as NOW President, and we find it to be no coincidence that the two employees who have been treated so unfairly and were terminated (or pressured to resign) are both women of color. Toni has repeatedly made problematic comments in regards to race.

15

GY00001409

As an example in the office, Rui Mulligan, who is Asian-American, was often shut down by Toni when speaking about Asian-American issues for action campaigns, and has never been able to speak on this topic whenever Toni is present. These instances create an unsafe and toxic work environment that affected Rui's emotional health. This goes against NOW's core issue of Racial Justice.

**G.  Concerns About Toni Van Pelt's Transphobia**

During the 2017 Conference, Toni played into and played up the fervor that the opposing team was anti-LGBTQIA+. Ironically, Toni has displayed gross, unapologetic transphobia in the NOW office since her term began.

1.  In one instance, Toni referred to [name redacted] in a conversation with Elissa Blattman and Gilda Yazzie. Toni kept confusing which gender pronouns to use when referring to the person. She kept referring to them as "he" and "him," at which point Elissa pointed out that she believed they go by they/them/theirs pronouns. Elissa had learned this from other staff members as common knowledge, despite the fact she never had any communication with this person in her time at NOW. Toni expressed to Elissa and Gilda that it was too hard to call people by gender neutral pronouns and said, "people need to pick a gender." This is an ongoing pattern with Toni refusing to call people by their preferred pronouns. This goes against NOW's core issue of LGBTQIA+ Equality.

    Other staff members can corroborate this is an ongoing issue with Toni speaking about this specific person, and non-binary people in general.

2.  In March 2018, Tyler drafted a brief focused on the critical issue of healthcare for trans individuals. Toni made edits to this brief that were not only incorrect, but extremely problematic. When Tyler and Rachel spoke with Toni about these edits, she said that "trans women are privileged because they chose to change from men to women," and did not respect the validity of gender non-conforming individuals. In this hour long conversation, Tyler and Rachel were in the exhausting position of having to educate Toni on these issues and having to prove the validity of trans individuals' lived experiences. When Tyler and Rachel reminded Toni that support of trans persons was a part of NOW policy and its core issue to support the LGBTQIA+ community, only then did Toni concede about allowing the paper to be published on the website. This goes against NOW's core issue of LGBTQIA+ Equality.

**H.  Concerns About Toni Van Pelt's Overall Behavior**

In addition to these specific events are countless instances of Toni Van Pelt being rude, disrespectful, and, at times, outright cruel to staff, contractors, consultants, interns, chapter leaders, and allies. Toni is an ineffective and non-transparent communicator who inserts her authority as President of NOW to micromanage and humiliate others--often in an attempt to cover her own mistakes, misunderstandings, or short sightedness.

16

GY00001410

1. Leading up to Paul's resignation, Toni began to aggressively and openly blame Paul for technical issues that (1) were not Paul's responsibility or doing and (2) were clearly misunderstood by Toni. Despite numerous conversations with staff members regarding their responsibilities and the work they oversaw, Toni remained very uninformed about NOW's technology systems and the employees who oversaw them. We believe it was Toni's mistreatment of Paul--a devoted volunteer and/or staff member of NOW for over fifteen years--that led to his resignation. Toni's behavior towards Paul has also caused irrevocable damage to NOW's relationship with Doris Steppe, Paul's wife, longtime NOW member and leader, and 17-year National Action Center employee serving as Member Systems Director. Beyond vast historical and institutional knowledge of NOW's internal processes, Doris has a deep understanding of NOW's membership and donor database, WinFunds, and was a tremendous resource for development staff. (See accompanying documentation.)

2. On another occasion, Toni emailed the entire staff, subject line "unauthorized posting to NOW.org website" to publically call out Emily Imhoff for posting a blog post to NOW's blog, "Say It Sister!". One of Emily's long held job duties was to oversee the Say It Sister! blog, which included collecting, editing, and publishing blog posts from staff and interns. Instead of asking Emily personally about the blog posting processes, Toni felt it necessary to email the *entire* staff, possibly in an attempt to embarrass Emily and intimidate the rest of the staff. Public treatment like this created a tense climate at the National Action Center where staff was unclear of NOW policy and practice and fearful to exercise judgment and responsibilities that were previously under their scope of work. (See accompanying documentation.)

3. In January 2018, Elissa had major surgery to repair an injury. She discussed the surgery and her recovery time with her direct supervisor, Gilda Yazzie, approximately two months prior to having surgery. Gilda had given her permission, and stated to Elissa numerous times before and since that she wanted to prioritize Elissa's recovery and care. Gilda worked with Elissa to come up with a plan to cover her work responsibilities immediately following surgery, as well as a work from home schedule two days per week while she recovered in physical therapy through May 2018 (most other employees in the office had already been granted telework days, which Elissa was previously not by Toni). Elissa began working full-time 10 days after having surgery. On multiple occasions, Toni asked for notes proving she had surgery and was in ongoing physical therapy, which Elissa provided. In May 2018, Toni twice asked Elissa when she would be returning to work full-time following surgery, even though Elissa had been working full-time since January 2018. When Elissa questioned what Toni meant by returning to work full-time, Toni replied, "Never mind about your work hours, we don't have to go over that anymore." (See accompanying documentation.)

On February 13, 2018, Elissa sent a whereabouts email to staff saying she was in a lot of pain, following her first day of doing weight bearing exercises at physical therapy the day before, and that Gilda gave her permission to work from home that day. Toni

GY00001411

responded to the email to the *entire* staff saying, "You need to come into the office before I leave [to go out of town] to discuss issues of importance." Upon receiving Toni's email, Elissa went into the office, on crutches, in a brace, and in a lot of pain. The only "issue of importance" Toni had for Elissa when she arrived in the office was a request to help her minimize a window on her computer she had accidentally made fullscreen. Toni did not ask any of the other staff members in the office to help her minimize the window on her computer. When Elissa mentioned to Toni that she sent an email saying she wanted to "discuss issues of importance," Toni claimed she did not have anything else to talk about, other than minimizing the window on her computer. When Elissa pointed out that she had received permission from Gilda to work from home because of a medical issue, Toni did not respond to her. Elissa felt like this was a show of power and intimidation tactic Toni used against her, which only unnecessarily exacerbated the pain she was already in. (See accompanying documentation.)

4. Toni often talked down to her close allies and made those in even weaker positions feel intimidated and powerless. On multiple occasions, Toni has silenced or ridiculed Jan Erickson during coalition calls, staff meetings, and other interactions. During one Enough is Enough Coalition Call, Toni Van Pelt left the meeting hosted over the phone in the NOW conference room to scream at Jan Erickson "get out of her office and come join the meeting." Given the close proximity of Jan's office to the conference room, coalition members could hear this interaction over the phone. One coalition participant was heard over the phone saying "what in the world was that?" This made staff, Tyler, Rachel, and Emily, visibly uncomfortable. Though Jan was supposed to be in the meeting, and her job performance might not have been satisfactory or efficient in this context, this was an inappropriate way to respond to a colleague and NOW staff member for over 30 years.

On May 3, 2018, Toni asserted her authority as NOW President to demean Beth Corbin in front of the entire staff at a weekly staff meeting. After the Staff Meeting, Beth was visibly upset. Rachel Motley, Tyler Goodridge, and Elissa Blattman (along with current NOW Staff) can corroborate this. Despite Toni's consistent poor treatment of Beth Corbin, Beth consistently stood up for Toni's racism, cruelty, and inadequate job performance. Staff found this sad and disturbing that, despite the abuse that Beth faced and clear evidence that Toni was not adequately fulfilling her role, she continued to defend Toni.

5. Under Terry O'Neill's leadership, Rui Mulligan and Tyler Goodridge co-managed social media. Rui handled the fundraising side of social media while Tyler handled the action and general social media tasks. On October 2, 2017 Rui was removed from all of NOW's social media accounts--including changed passwords--without being informed. Rui was alerted of these changes through email, as each platform is connected to her email account. She then received a phone call from Tyler informing her that the passwords had been changed and that her access had been removed. Tyler was instructed not to tell

18

Rui about this change. Toni did not tell Rui about any of this, or why she was doing this, nor did she talk to Rui about changing her role in social media.

Following this event, Rui scheduled a private meeting with Toni to discuss how they could improve their working relationship, as Rui felt uncomfortable with Toni's treatment of her, and disregard of her duties at NOW. Instead, Toni attempted to reschedule the meeting to include other, unrelated senior staff. When Rui pushed back--wanting to speak to Toni during their pre-scheduled meeting time about the immediate issues only related to their working relationship--Toni retaliated with hostility, denying that she had done anything wrong or that she had changed information (i.e., saying that Tyler had changed the social media passwords, not her.) Toni also expressed that Rui was not a good employee, but could not explain why when asked, and did not want to discuss this with Rui further. Prior to Toni's leadership, Rui had a positive working relationship with Terry, and all of NOW's digital communication vendors (Mal Warwick Donordigital, RAD Campaign, Flywheel, Salsa Labs, etc.).

Rui continued to receive unfair treatment from Toni until her resignation in May 2018. These ranged from passive aggressive emails (an example is sending staff emails asking for Rui's whereabouts, despite Rui sending one earlier to explain her tardiness, and despite not being the only one tardy) to hostile things said in-person, often to the entire staff without Rui present. Toni had asked other staff members if they thought that Toni could trust Rui to do her job--the job that Rui had been doing since 2015. During a weekly staff meeting, Toni said in front of the entire National Action Center staff, that Rui's "best was not good enough" when talking about a task on the website--one that Toni had repeatedly misunderstood when explained to her, and that "there are concerns" with Rui's general performance. These "concerns" had never been brought to Rui prior to this staff meeting, nor were these "concerns" supported by the digital communication vendors Rui worked with daily.

On May 2, 2018, after Rui had discussed with Mal Warwick Donordigital a new timeline and process for the Conference program book creation (a process that had been *significantly* delayed due to Toni's lack of understanding of such processes), Toni called Rui after work hours to tell her, "I don't care about anything you have to say, I only care about you doing exactly what I tell you to do immediately." Toni had Rui follow through with a task that was not recommended by Mal Warwick Donordigital. This effectively ruined weeks worth of work and effort Rui had put into trying to make sure the program book met its deadline and was printed on time. Afterwards, Toni lamented openly to the entire staff that Rui's tasks were done too late, despite Toni being the one to delay the entire process.

Toni's lack of understanding of Rui's job duties (or digital communications as a whole), despite Rui's multiple attempts to explain, caused a lot of friction in their working relationship and in the office. Toni began changing Rui's job title and description without

19

GY00001413

any explanation in an attempt to have tasks completed that Rui had no prior experience with or was not qualified to do. The biggest example is Toni's repeated and incorrect reference to Rui as the "IT person." She also asked Rui to take over Paul's IT responsibilities after his resignation (she also asked this of Elissa Blattman as well). Digital Communications is not at all similar to Information Technology. Rui was often tasked to tackle IT work, for instance, overseeing computer program installation, a process that took time away from Rui's actual duties, which were often time-sensitive.

Toni also removed Rui from time-sensitive email chains that were relevant to her work, such as press releases, which she was responsible for posting and sending out to the media. The subtext here is that Toni wanted to minimize Rui's role in the Communications Department, but still needed her to complete tasks Toni did not understand. The result of this would be that these tasks would be completed later than planned, as Rui needed to then be looped in to them belatedly, and Toni would often use this as an argument that Rui did not do her job well.

6. One of the most horrifying instances of Toni's rude and unprofessional behavior is when she told Mwosi Swenson--President & CEO of MalWarwick Donordigital (MWD), fundraising expert, and, not surprisingly, a woman of color--on a weekly fundraising strategy call with multiple other colleagues, "I don't care about your opinion." This behavior is not only unprincipled, but also an embarrassment to the organization. Further, it is also financially irresponsible as NOW's direct mail and digital fundraising program raises the bulk of NOW's revenue. As the CEO of MWD, Mwosi is a relationship critical to NOW's success and sustainability that staff has spent time and effort fostering.

**In conclusion,** given the number, magnitude, and fundamental nature of the issues we have addressed in this letter, as well as our grave concerns for the longevity of the organization, we are urging the National NOW Board to consider the removal of Toni Van Pelt as President of the National Organization for Women and for serious appraisal of Toni's leadership since she began her term in August 2017.

At the end of the day, we all made the intentional decision to leave NOW because the organization's leadership no longer aligns with our values as intersectional feminists, as activists, and as employees seeking an equitable work environment. One of us also left NOW as a chapter officer and active grassroots member, who dedicated countless hours of her personal life to this organization, because of this. It is unfortunate that we left NOW with such a bad perception of the organizational culture--an impression that we will certainly carry with us as we continue our careers elsewhere in the feminist and broader social justice movements.

Ultimately, we believe that Toni Van Pelt and her unfeminist, incompetent leadership will be the downfall of NOW--an historic but aging feminist organization that cannot afford any negative press during Trump's anti-woman regime.

20

GY00001414

We would like to reiterate that this letter is intended only for **current and future NOW Board Members.** We also want to express that if there are instances of harassment or intimidation from NOW Board Members or others affiliated with the organization, we will report these instances to the NOW Board.

Should you have any questions about our letter, please contact formerNOWstaff@gmail.com only. Former staff and interns **will not** respond to any inquiries via personal calls, emails, or social media.

Below, we sign that all information is accurate to the best of our knowledge.

Carry on,

_____
Rachel Motley, Resigned Effective May 11, 2018

_____
Emily Imhoff, Resigned Effective March 30, 2018

_____
Elissa Blattman, Resigned Effective June 8, 2018

_____
Chioke Barkari, Resigned Effective March 30, 2018

21

GY00001415

_____
Rui Mulligan, Resigned Effective May 25, 2018


**PLUS: Ten Additional Anonymous Former Staff and Intern Signers**

22

GY00001416

**EXHIBIT 3**

Declaration of Cheryl Wapes'a-Mayes

I, Cheryl Wapes'a-Mayes, declare as follows:

1. I served on the National Organization for Women board of directors while Gilda Yazzie was Vice President, from the summer of 2018 through 2020. I am serving a second term which will come to an end this coming July.

2. I identify as Native American.

3. Soon after I joined the board, Toni Van Pelt called me and asked me to if I would vote to remove Gilda Yazzie as vice-president. She claimed that Gilda Yazzie had mismanaged the organizations finances and stolen money. I let her know I would not. This story about Gilda being reported by the auditor as mismanaging NOW's finances and stealing money was repeated at several board meetings by Toni Van Pelt, Beth Corbin and Cynthia Drabek. I learned from my predecessor in my board seat that the audit had been debunked and this was already known by several other board members but forbidden to be discussed on the list serve because it was an employment matter. A common racist trope against Native Americans is stealing, so this particular false accusation felt particularly racist against Native Americans.

4. I believe that NOW, under Toni Van Pelt, discriminated against Native Americans in that she intentionally and falsely accused Gilda Yazzie of stealing. Toni Van Pelt used the Oversight

Committee to make Gilda Yazzie's work difficult, (for example she initially refused travel costs for Gilda Yazzie to attend a Get Out the Vote effort in North Dakota on the Turtle Mountain Reservation, at the time infamous for being a disenfranchised population), and that she treated Gilda Yazzie as a token, never allowing her to fulfill the full role she was elected for.  She was treated like a token because she was blocked from the board list serve conversations, forbidden to speak to staff and to my knowledge she was not involved in most of the meetings, conversations, events and media exposure expected of a Vice President of NOW. I believe Gilda was treated as a token because the only place I noticed Gilda Yazzie's name and signature was on fundraising materials and the website, without any actual substantive involvement.

5.  I was on the Board of Directors when Gilda Yazzie was fired from the Vice Presidency of NOW. I believe it was unjust and based, in part, upon her status as a Native American (Dine). I believe the Oversight Committee was used by Toni Van Pelt to prevent Gilda Yazzie from accomplishing her role as Vice President of NOW, by refusing her funding, transportation, materials, staff support and treating her as if she was wrongful to insist on keeping her job.

6. Gilda Yazzie and I were scheduled to visit Turtle Mountain Chippewa reservation in North Dakota on behalf of NOW on November 1, 2019.  Although NOW agreed to pay my airfare, hotel and food costs, the organization initially refused to pay anything for Gilda Yazzie. Ultimately it did pay for her airfare after I spoke directly with Toni Van Pelt and demanded she do so. I believe that NOW refused to pay Gilda Yazzie's airfare for racially discriminatory reasons, specifically against Native Americans. I also believe that by paying my airfare and

reimbursement of any costs incurred (ie. car rental, hotel, food) was an attempt to discredit any claims of racial discrimination on Gilda's part, as I am also a Woman of Color.

7. I believed that the replacement of Gilda Yazzie by Christian Nunes was a racist conspiracy and that Christian Nunes was used to make Gilda Yazzie's job difficult and underfunded. As Chair of the oversight committee against Gilda Yazzie, Christian Nunes required Gilda Yazzie to submit paperwork on a weekly basis that was, in my opinion, intended to keep Gilda Yazzie from doing her job effectively. In other words, the required paperwork was ludicrously organized for failure. During a conversation over the phone, I did tell Christian Nunes that it was inappropriate for her be the person to chair the oversight committee as she was already being groomed as Gilda Yazzie's replacement, which she denied; but Toni Van Pelt spoke freely about wanting Christian Nunes as vice-president over Gilda Yazzie, but that Christian Nunes did not meet the requirements at the time. I might add that Gilda Yazzie is not the only Woman of Color that Toni Van Pelt and Christian Nunes have targeted. A fellow board member was the victim of an accusation fabricated by Christian Nunes.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_C Wapes'a-Mayes_                    _6/3/2022_

Cheryl Wapes'a-Mayes                              Date